Opinion issued July 25, 2024



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00058-CV

_____

**LETICIA AVILES LOPEZ, Appellant**

**V.**

**MURRAY C. BAY, Appellee**

---

**On Appeal from the 308th District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-57308**

---

## MEMORANDUM OPINION

On January 18, 2024, appellant, Leticia Aviles Lopez, filed a notice of appeal from the trial court's December 22, 2023 final order in the suit to modify the parent-child relationship between appellant and appellee, Murray C. Bay. On June 21, 2024, appellant filed a "Motion to Dismiss Appeal and [Expedite] Issue of

Mandate." In her motion, appellant "request[ed] this Court grant [her] motion and dismiss this appeal."

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(2), (c). Appellant's motion does not include a certificate of conference stating that appellant conferred, or made a reasonable attempt to confer, with appellee regarding the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5). However, more than ten days have passed, and no party has expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Appellant also requested that the Court expedite and immediately issue its mandate. However, this Court may only issue a mandate earlier than the time prescribed by the Texas Rules of Appellate Procedure "if the parties so agree, or for good cause on the motion of a party." *See* TEX. R. APP. P. 18.1(c). Appellant's motion does not state that appellee has agreed to the request for immediate issuance of the mandate, nor does her motion establish good cause for the immediate issuance of the mandate.

We grant appellant's motion to the extent it seeks dismissal of the appeal and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We deny appellant's request for immediate issuance of the mandate and dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Justices Landau, Countiss, and Guerra.